## JEAN BAPTISTE BRANDEMORE, DIT ST. AMOUR, *versus* JOSEPH ANDRÉ, DIT CLARK

JOURNAL ENTRIES (1821–22): *Journal 3:* (1) Appearance, rule for special bail or procedendo *p. 200; (2) rule for bail or procedendo rescinded *p. 217-g; (3) continued *p. 260; (4) rule for judgment for costs *p. 343.

PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus and return; (3) declaration; (4) plea of not guilty; (5) precipe for execution fi. fa.

*1821 Calendar*, MS p. 34. Recorded in *Book B*, MS pp. 83–85.